IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAT T LIEN,<br>　　　　Plaintiff,<br>　　v.<br>MERCEDES-BENZ USA, LLC,<br>　　　　Defendant. | Case No. 23-cv-01268-CRB<br><br>**ORDER TO SHOW CAUSE;<br>ORDER VACATING HEARING<br>ON MOTION FOR SUMMARY<br>JUDGMENT** |

　　　　Defendant Mercedes-Benz USA, LLC originally removed this case from California state court asserting diversity jurisdiction. See Not. of Removal (dkt. 1) ¶ 4. When Mercedes-Benz removed the case, the amount in controversy was $181,379.40. Id. ¶ 11. But this calculation took into account civil penalties under the Song-Beverly Act, which provides for civil penalties that are double the amount of actual loss on top of the actual loss amount. Id. The actual loss amount—that is, the consideration that Plaintiff Lien paid for the car at issue in this action—is only $60,459.80, which is under the $75,000 amount-in-controversy requirement. Id. ¶ 10; 28 U.S.C. § 1332(a).

　　　　This is relevant because the Court dismissed Lien's Song-Beverly Act claim for failure to state a claim in November 2024. See MTD Order (dkt. 27). Lien filed an amended complaint asserting four new counts, none under the Song-Beverly Act. See FAC (dkt. 28) ¶¶ 14–61. (Notably, Lien did not include a statement of jurisdiction in his amended complaint as required by Federal Rule of Civil Procedure 8(a)(1).) Though one of Lien's claims was a federal claim under the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301 et seq., he has since abandoned that claim. See Opp. at 4 ("Plaintiff does not oppose the dismissal of … its federal claims under the Magnuson-Moss Warranty Act.").

1  The Court is thus concerned that federal jurisdiction may be lacking over the sole
2  remaining cause of action in this case—Lien's breach of express warranty claim. The
3  Court therefore **ORDERS** Mercedes-Benz, as the party who invoked federal jurisdiction,
4  to show cause why this case should not be remanded to California state court pursuant to
5  either 28 U.S.C. §§ 1367(c)(3) or 1447.

6  Mercedes-Benz's response to this order to show cause is due on Friday, August 15,
7  2025. Lien may, but is not required to, submit a response by the same date. The August 8
8  hearing on Mercedes-Benz's motion for summary judgment is hereby vacated while
9  briefing on this issue is ongoing.

10  **IT IS SO ORDERED.**
11  Dated: July 31, 2025

CHARLES R. BREYER
United States District Judge